# ELECTRONIC RECORD

COA # 01-14-00165-CR          OFFENSE: Theft

STYLE: Louis Markeith Williams v. The State of Texas          COUNTY: Harris

COA DISPOSITION:     AFFIRM          TRIAL COURT: 338th District Court

DATE: 03/12/2015          Publish: NO     TC CASE #:     1344756

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Louis Markeith Williams v. The State of Texas

CCA #: 413-15

_APPELLANT'S_ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_REFUSED_

JUDGE: _____

DATE: 06/17/2015

SIGNED: _____          PC: _____

JUDGE: _Per Curiam_

PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**